IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -v-                                             07-CR-299-A

IRENEUSZ SZADY,

        Defendant/Principal.

---

**ORDER**

Upon the failure of the defendant, IRENEUSZ SZADY, to abide by the conditions of pretrial release, and upon the motion of the United States for default judgment and forfeiture of bail pursuant to Title 18, United States Code, Section 3146(d), and Rules 46(f)(1) and (3)(A) of the Federal Rules of Criminal Procedure, it is hereby:

**ORDERED**, that the bail bond in the amount of $5,000, and any and all accrued interest, of the defendant, IRENEUSZ SZADY, is hereby revoked and forfeited; it is further

**ORDERED**, that the Clerk of the Court enter judgment in favor of the United States against the defendant, IRENEUSZ SZADY, and the surety Agnieszka Majewska, in the amount of $5,000, with interest as provided by law; it is further

**ORDERED**, that the $5,000 posted by the defendant, IRENEUSZ SZADY, and the surety Agnieszka Majewska, and any and all accrued interest that is currently being held by the Clerk of the Court shall be applied towards the judgment of $5,000 entered against the defendant, IRENEUSZ SZADY, and the surety Agnieszka Majewska; and it is further

**ORDERED**, that the $5,000 and any and all accrued interest shall be disposed of according to law.

SO ORDERED.

> s/ *Richard J. Arcar*a  
> HONORABLE RICHARD J. ARCARA  
> CHIEF JUDGE  
> UNITED STATES DISTRICT COURT

DATED: April  4   , 2008